## Case No. 2,384.

CANNELL v. MILBURN et al.

[3 Cranch, C. C. 424.] [1]

Circuit Court, District of Columbia. April, 1829.

PLEADING AND PROOF—VARIANCE.

If the legal effect of the instrument be the same, whether the words constituting a variance be inserted or not. the variance is not material.

Debt on a sealed note. Plea, "owe nothing" without oyer, and issue.

Mr. Neale, for defendant. objected to the admission of the sealed note in evidence. because it contained the words "for value received," which were not in the declaration.

Mr. Hodgson, for plaintiff.

THE COURT (MORSELL, Circuit Judge, absent,) overruled the objection, and CRANCH, Chief Judge, referred to the case of Ferguson v. Harwood, 7 Cranch [11 U. S.] 408 where the supreme court held. that if the legal effect of the instrument be the same, whether the words be inserted or not, the variance is immaterial.

[1] [Reported by Hon. William Cranch, Chief Judge.]

CANNON, The. See Case No. 11.539.

CANNON (CONVERSE v.). See Case No. 3,-144.

## Case No. 2,385.

CANNON v. DAVIS.

[1 Cranch, C. C. 457.] [3]

Circuit Court, District of Columbia. Nov. Term, 1807.

CIRCUIT COURTS—DISTRICT OF COLUMBIA — JURISDICTION—APPRENTICES.

This court has jurisdiction to discharge an apprentice upon petition. on account of cruelty of the master, and to bind out the petitioner to another master.

On the petition of Margaret Matilda Cannon, an apprentice, to be discharged from her indentures on account of cruelty of her master [Thomas Davis].

THE COURT, after some argument, decided (nem. con.) that they had jurisdiction in this case, and being satisfied of the cruelty of her master, Thomas Davis, ordered the apprentice to be removed, the indentures to be cancelled. and the child to be bound out to George Drinker. See the act of Virginia, 11th December. 1792, c. 95, § 15, p. 174.